UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERNEST ANDERSON,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

07 CIVIL 7195 (LTS)(AJP)

**JUDGMENT**

SCANNED

    Whereas on March 12, 2008, the Honorable Andrew J. Peck, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendants' motion for judgment on the pleadings be granted pursuant to Fed. R. Civ. P. 12(c), and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on June 18, 2008, having rendered its Order adopting the report in its entirety and granting defendant's motion for judgment on the pleadings, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 18, 2008, the report is adopted in its entirety and defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
         June 19, 2008

                                    **J. MICHAEL McMAHON**
                                          Clerk of Court

                        BY:
                                          Deputy Clerk

                            THIS DOCUMENT WAS ENTERED
                            ON THE DOCKET ON _____